Joseph J. Sperber IV
NY State Bar No. 2662526
United States Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone (202) 598-9249
Facsimile (202) 514-1005
Email joseph.sperber@usdoj.gov

Attorney for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEVADA, *et al*. <br><br> Defendants. | CASE No. 3:24-cv-00026-MMD-CLB <br><br> UNITED STATES' CONSENT MOTION FOR EXTENSION OF TIME FOR BRIEFING ON MOTIONS TO DISMISS |

1. On January 17, 2024, Plaintiff, the United States of America ("United States"), filed a complaint (Doc. 1) in this action to enforce the provisions of the Uniformed Services Employment and Reemployment Rights Act of 1994, 38 U.S.C. §§ 4301 et seq. ("USERRA").

2. The complaint alleges that Defendants, the State of Nevada ("Nevada"), the Office of the Attorney General of the State of Nevada ("Nevada AG") and the Public Employees' Retirement System of the Nevada ("NVPERS") (collectively, "Defendants"), violated 38 U.S.C. § 4318 of USERRA by denying Nevada state employee Charles Lehman, and other similarly-situated employees, proper pension benefits upon their reemployment after military service.

3. On March 19, 2024, Defendants filed Motions to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted.  Docs. 20 (Defendant NVPERS

1

1. Motion) and 25 (Defendants' Nevada and Nevada AG Motion).

4. Currently, the United States' responses to the pending Motions to Dismiss are due April 2, 2024, and Defendants' replies are due April 9, 2024.

5. Counsel for each of the parties have discussed the timing of briefing for the pending Motions to Dismiss.

6. The extension of deadlines is requested so that complex issues raised by Motions to Dismiss may be properly and fully addressed.

7. All Defendants, through counsel, have consented to the United States' Motion for Extension of Time for briefing on the Motions to Dismiss.

8. The United States, with the consent of Defendants, respectfully requests that the Court extend the deadlines for the United States' briefing in response to Defendants' Motions to Dismiss and the Defendants' replies to the United States' responses.

9. This is the first motion for an extension of the briefing deadlines with respect to the Motions to Dismiss.

///

///

///

///

BALANCE OF PAGE INTENTIONALLY BLANK
TO COMPLY WITH LR IA 6-2.

///

///

///

///

10. The United States respectfully requests that the Court order the United States' responses to the Motions to Dismiss be due on April 23, 2024.

11. The United States respectfully requests that the Court order the Defendants' reply briefs be due on May 10, 2024.

Respectfully submitted this 26th day of March 2024.

      /s/   *Joseph J. Sperber IV*
JOSEPH J. SPERBER IV
Trial Attorney
United States Department of Justice
Civil Rights Division
Employment Litigation Section

*Attorney for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 26, 2024

3

# CERTIFICATE OF SERVICE

I certify that on the 26th day of March 2024, I used the Court's electronic filing system to file a true and correct copy of the foregoing, which will send notification of such filing to the following attorneys of record:

| For Defendant the Public Employees' Retirement System of Nevada | For Defendants the State of Nevada and the Office of the Attorney General of Nevada |
|---|---|
| Ian E. Carr<br>Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV  89701<br><br>Samuel I. Levin<br>David N. Levine<br>Groom Law Group<br>Suite 1200<br>1701 Pennsylvania Avenue, N.W.<br>Washington, DC  20006 | Iva K. Todorova<br>Marni Rubin Watkins<br>Navada Attorney General<br>Suite 3900<br>555 East Washington Avenue<br>Las Vegas, NV  89101 |

Dated: March 26, 2024, in Washington, D.C.

/s/    *Joseph J. Sperber IV*
JOSEPH J. SPERBER IV
Attorney for Plaintiff
The United States of America

i