AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

STATE OF NEVADA, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:24-cv-00026-MMD-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Public Employees' Retirement System of Nevada's motion to dismiss (ECF No. 20) is granted.
It is further ordered that the State of Nevada and Office of the Attorney General's motion to dismiss (ECF No. 23) is granted.
It is further ordered that the United States' Complaint (ECF No. 1) is dismissed.

12/16/2024
Date

DEBRA K. KEMPI
Clerk

/s/ DLS
Deputy Clerk